IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE E. RAINEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:22CV65–HEH |
| JAMES MIYEVICH, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on March 25, 2022, the Court directed Plaintiff to pay an initial partial filing fee of $42.50 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 25, 2022
Richmond, Virginia